Local Form 1007

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:

Timothy G. VanDreel

Debtor(s).

Chapter  13

Case No. _____

# PAYMENT ADVICE COVER SHEET

*Please check the appropriate box*

**For Debtor:**

☑ Payment advices (pay stubs) for the 60 days prior to the petition are attached. (Please redact social security numbers and any other information restricted by applicable privacy regulations)

☐ No payment advices (pay stubs) are attached (the debtor received no income or payment from any employer during the 60 days prior to filing the bankruptcy petition).

☐ No payment advices (pay stubs) attached for other reason, or some payment advices are missing (please explain). _____

**For Joint Debtor, if applicable:**

☐ Payment advices (pay stubs) for the 60 days prior to the petition are attached. (Please redact social security numbers and any other information restricted by applicable privacy regulations)

☐ No payment advices (pay stubs) are attached (the debtor received no income or payment from any employer during the 60 days prior to filing the bankruptcy petition).

☐ No payment advices (pay stubs) attached for other reason, or some payment advices are missing (please explain). _____

Dated: August 8, 2022

/s/ John A. Foscato
John A. Foscato 1018196
Attorney for Debtor
Law Offices of John A. Foscato
110 Packerland Dr. Ste. D
Green Bay, WI 54303
920-432-8801
attyjaf@new.rr.com

## Company Information

| Name | Address | Phone |
|---|---|---|
| American Family Connect Property and Casualty Insurance Company | 3500 Packerland Drive<br>De Pere, WI 54115<br>United States of America | +1 (800) 5352001 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Timothy George Vandreel | 102672 | 07/02/2022 | 07/15/2022 | 07/22/2022 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,888.83 | 113.67 | 336.28 | 12.58 | 1,426.30 |
| YTD | 29,786.55 | 1,577.08 | 5,758.06 | 176.12 | 22,275.29 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| AIA Bonus | | | | | 0.00 | 4,118.61 |
| OT at 1.5X | | | | | 0.366664 | 11.15 |
| Regular Earn | 07/02/2022 - 07/15/2022 | 63.599998 | 23.00 | 1,462.80 | 914.983329 | 18,622.49 |
| Company Holiday | 07/02/2022 - 07/08/2022 | 8.00 | 23.00 | 184.00 | 52.00 | 1,066.40 |
| Group Term Life | 07/02/2022 - 07/15/2022 | 0.00 | 0.00 | 1.91 | 0.00 | 21.97 |
| Holiday Worked | | | | | 20.716667 | 828.67 |
| Paid Time Off | 07/02/2022 - 07/15/2022 | 8.50 | 23.00 | 195.50 | 101.74 | 2,079.20 |
| Shift Prem @ 10% Hourly Rate | 07/02/2022 - 07/15/2022 | 9.70 | 2.30 | 22.32 | 146.383329 | 297.88 |
| Shift Prem @ 15% Hourly Rate | 07/02/2022 - 07/08/2022 | 7.016666 | 3.45 | 24.21 | 53.149999 | 163.75 |
| STD 100% Full | | | | | 0.00 | 2,598.40 |
| | | | Total: | 1,890.74 | | 29,808.52 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 111.32 | 1,765.46 |
| Medicare | 26.03 | 412.89 |
| Federal Withholding | 125.73 | 2,486.86 |
| State Tax - WI | 73.20 | 1,092.85 |
| Total: | 336.28 | 5,758.06 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Contribution - Pretax | 18.43 | 243.72 |
| Anthem PPO Plus | 79.19 | 1,108.66 |
| Dental Plan Plus | 11.80 | 165.20 |
| Plus Vision | 4.25 | 59.50 |
| Total: | 113.67 | 1,577.08 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| ID Theft Protection | 3.45 | 48.30 |

| Description | Amount | YTD |
|---|---|---|
| Legal Services | 9.13 | 127.82 |
| Total | 12.58 | 176.12 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k Employer Match | 18.43 | 243.72 |
| Anthem PPO Plus ER Premiums | 276.96 | 3,877.44 |
| Dental Plan Plus ER Premiums | 9.07 | 126.98 |
| Total | 304.46 | 4,248.14 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 3 | 3 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Harmonized Paid Time Off | 7.08 | 8.50 | 8.40 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| Associated Bank | Associated Bank ******6792 | ******6792 | | 1,426.30 USD |
| | | Total | | 1,426.30 |

## Company Information

| Name | Address | Phone |
|---|---|---|
| American Family Connect Property and Casualty Insurance Company | 3500 Packerland Drive<br>De Pere, WI 54115<br>United States of America | +1 (800) 5352001 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Timothy George Vandreel | 102672 | 06/18/2022 | 07/01/2022 | 07/08/2022 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,653.47 | 111.52 | 276.34 | 12.58 | 1,253.03 |
| YTD | 27,897.72 | 1,463.41 | 5,421.78 | 163.54 | 20,848.99 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| AIA Bonus | | | | | 0.00 | 4,118.61 |
| OT at 1.5X | 06/18/2022 - 06/24/2022 | 0.016667 | 30.63 | 0.52 | 0.366664 | 11.15 |
| Regular Earn | 06/18/2022 - 07/01/2022 | 78.216666 | 20.30 | 1,587.80 | 851.383331 | 17,159.69 |
| Company Holiday | | | | | 44.00 | 882.40 |
| Group Term Life | 06/18/2022 - 07/01/2022 | 0.00 | 0.00 | 1.45 | 0.00 | 20.06 |
| Holiday Worked | | | | | 20.716667 | 828.67 |
| Paid Time Off | 06/18/2022 - 07/01/2022 | 1.97 | 20.30 | 40.00 | 93.24 | 1,883.70 |
| Shift Prem @ 10% Hourly Rate | 06/18/2022 - 07/01/2022 | 12.383333 | 2.03 | 25.15 | 136.683329 | 275.56 |
| Shift Prem @ 15% Hourly Rate | | | | | 46.133333 | 139.54 |
| STD 100% Full | | | | | 0.00 | 2,598.40 |
| | | | Total | 1,654.92 | | 27,917.78 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 96.70 | 1,654.14 |
| Medicare | 22.62 | 386.86 |
| Federal Withholding | 97.69 | 2,361.13 |
| State Tax - WI | 59.33 | 1,019.65 |
| Total: | 276.34 | 5,421.78 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Contribution - Pretax | 16.28 | 225.29 |
| Anthem PPO Plus | 79.19 | 1,029.47 |
| Dental Plan Plus | 11.80 | 153.40 |
| Plus Vision | 4.25 | 55.25 |
| Total: | 111.52 | 1,463.41 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| ID Theft Protection | 3.45 | 44.85 |

| Description | Amount | YTD |
|---|---|---|
| Legal Services | 9.13 | 118.69 |
| Total: | 12.58 | 163.54 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k Employer Match | 16.28 | 225.29 |
| Anthem PPO Plus ER Premiums | 276.96 | 3,600.48 |
| Dental Plan Plus ER Premiums | 9.07 | 117.91 |
| Total: | 302.31 | 3,943.68 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 3 | 3 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Harmonized Paid Time Off | 7.08 | 1.97 | 9.82 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| Associated Bank | Associated Bank ******6792 | ******6792 | 1,253.03 | USD |
| | | Total: | 1,253.03 | |

## Company Information

| Name | Address | Phone |
|---|---|---|
| American Family Connect Property and Casualty Insurance Company | 3500 Packerland Drive<br>De Pere, WI 54115<br>United States of America | +1 (800) 5352001 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Timothy George Vandreel | 102672 | 06/04/2022 | 06/17/2022 | 06/24/2022 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,655.32 | 111.51 | 276.81 | 12.58 | 1,254.42 |
| YTD | 26,244.25 | 1,351.89 | 5,145.44 | 150.96 | 19,595.96 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| AIA Bonus | | | | | 0.00 | 4,118.61 |
| OT at 1.5X | | | | | 0.349997 | 10.63 |
| Regular Earn | 06/04/2022 - 06/17/2022 | 72.116667 | 20.30 | 1,463.98 | 773.166665 | 15,571.89 |
| Company Holiday | | | | | 44.00 | 882.40 |
| Group Term Life | 06/04/2022 - 06/17/2022 | 0.00 | 0.00 | 1.45 | 0.00 | 18.61 |
| Holiday Worked | | | | | 20.716667 | 828.67 |
| Paid Time Off | 06/04/2022 - 06/17/2022 | 8.00 | 20.30 | 162.40 | 91.27 | 1,843.70 |
| Shift Prem @ 10% Hourly Rate | 06/04/2022 - 06/17/2022 | 8.25 | 2.03 | 16.76 | 124.299996 | 250.41 |
| Shift Prem @ 15% Hourly Rate | 06/11/2022 - 06/17/2022 | 4.00 | 3.045 | 12.18 | 46.133333 | 139.54 |
| STD 100% Full | | | | | 0.00 | 2,598.40 |
| | | | Total: | 1,656.77 | | 26,262.86 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 96.82 | 1,557.44 |
| Medicare | 22.64 | 364.24 |
| Federal Withholding | 97.91 | 2,263.44 |
| State Tax - WI | 59.44 | 960.32 |
| Total: | 276.81 | 5,145.44 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Contribution - Pretax | 16.27 | 209.01 |
| Anthem PPO Plus | 79.19 | 950.28 |
| Dental Plan Plus | 11.80 | 141.60 |
| Plus Vision | 4.25 | 51.00 |
| Total: | 111.51 | 1,351.89 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| ID Theft Protection | 3.45 | 41.40 |

| Description | Amount | YTD |
|---|---|---|
| Legal Services | 9.13 | 109.56 |
| Total: | 12.58 | 150.96 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k Employer Match | 16.27 | 209.01 |
| Anthem PPO Plus ER Premiums | 276.96 | 3,323.52 |
| Dental Plan Plus ER Premiums | 9.07 | 108.84 |
| Total: | 302.30 | 3,641.37 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 3 | 3 |
| Additional Withholding | 0 | 0 |

## Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Harmonized Paid Time Off | 7.08 | 8.00 | 4.71 |

## Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| Bank 1 | Bank 1 ******4001 | ******4001 | 1,254.42 | USD |
| | | Total: | 1,254.42 | |

## Company Information

| Name | Address | Phone |
|---|---|---|
| American Family Connect Property and Casualty Insurance Company | 3500 Packerland Drive<br>De Pere, WI 54115<br>United States of America | +1 (800) 5352001 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Timothy George Vandreel | 102672 | 05/21/2022 | 06/03/2022 | 06/10/2022 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,677.31 | 111.56 | 282.41 | 12.58 | 1,270.76 |
| YTD | 24,588.93 | 1,240.38 | 4,868.63 | 138.38 | 18,341.54 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| AIA Bonus | | | | | 0.00 | 4,118.61 |
| OT at 1.5X | | | | | 0.349997 | 10.63 |
| Regular Earn | 05/21/2022 - 06/03/2022 | 63.383334 | 20.30 | 1,286.69 | 701.049998 | 14,107.91 |
| Company Holiday | 05/28/2022 - 06/03/2022 | 8.00 | 20.30 | 162.40 | 44.00 | 882.40 |
| Group Term Life | 05/21/2022 - 06/03/2022 | 0.00 | 0.00 | 1.45 | 0.00 | 17.16 |
| Holiday Worked | | | | | 20.716667 | 828.67 |
| Paid Time Off | 05/21/2022 - 06/03/2022 | 9.00 | 20.30 | 182.70 | 83.27 | 1,681.30 |
| Shift Prem @ 10% Hourly Rate | 05/21/2022 - 06/03/2022 | 11.916667 | 2.03 | 24.20 | 116.049996 | 233.65 |
| Shift Prem @ 15% Hourly Rate | 05/21/2022 - 05/27/2022 | 7.00 | 3.045 | 21.32 | 42.133333 | 127.36 |
| STD 100% Full | | | | | 0.00 | 2,598.40 |
| Total | | | | 1,678.76 | | 24,606.09 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 98.17 | 1,460.62 |
| Medicare | 22.96 | 341.60 |
| Federal Withholding | 100.54 | 2,165.53 |
| State Tax - WI | 60.74 | 900.88 |
| Total | 282.41 | 4,868.63 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Contribution - Pretax | 16.32 | 192.74 |
| Anthem PPO Plus | 79.19 | 871.09 |
| Dental Plan Plus | 11.80 | 129.80 |
| Plus Vision | 4.25 | 46.75 |
| Total | 111.56 | 1,240.38 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| ID Theft Protection | 3.45 | 37.95 |

| Description | Amount | YTD |
|---|---|---|
| Legal Services | 9.13 | 100.43 |
| Total: | 12.58 | 138.38 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k Employer Match | 16.32 | 192.74 |
| Anthem PPO Plus ER Premiums | 276.96 | 3,046.56 |
| Dental Plan Plus ER Premiums | 9.07 | 99.77 |
| Total: | 302.35 | 3,339.07 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 3 | 3 |
| Additional Withholding | 0 | 0 |

## Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Harmonized Paid Time Off | 7.08 | 9.00 | 5.63 |

## Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| Bank 1 | Bank 1 ******4001 | ******4001 | 1,270.76 | USD |
| | | Total: | 1,270.76 | |