So Ordered.

Dated: August 25, 2022



Beth E. Hanan
United States Bankruptcy Judge

U S BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: TIMOTHY G VANDREEL
1301 ALICE DR APT B
GREEN BAY, WI 54304

CHAPTER 13

Case No. 22-23748-BEH

PAYROLL ORDER

### ORDER FOR PAYROLL DEDUCTIONS

To TIMOTHY G VANDREEL

IT IS ORDERED THAT:

1. You shall pay the sum listed below to the Chapter 13 Trustee according to the following schedule.

| Due Date | Amount | Frequency |
|---|---|---|
| 09/23/2022 | $800.00 | MONTHLY |

2. Payment shall be made by money order, cashiers check, certified check or equivalent, and not by personal check or cash, and should be made payable to the Chapter 13 Trustee. INCLUDE YOUR **NAME** AND **CHAPTER 13 CASE NUMBER** WITH EACH REMITTANCE, AND MAIL TO:

**CHAPTER 13 TRUSTEE
P.O. BOX 1102
MEMPHIS, TN 38101-1102**

**or to pay electronically go to https://tfsbillpay.com**

3. This Order supersedes any previous Order for payment in this case.

Debtor(s):
TIMOTHY G VANDREEL
1301 ALICE DR APT B
GREEN BAY, WI 54304

Debtor(s) Attorney:
LAW OFFICES OF JOHN A FOSCATO SC
110 PACKERLAND DR STE D
P O BOX 11062
GREEN BAY, WI 54307

**Rebecca R. Garcia**
**Chapter 13 Standing Trustee**
**CHAPTER 13 TRUSTEE**
**P O BOX 3170**
**OSHKOSH, WI 54903-3170**
**Telephone: (920) 231-2150**
**Email: info@ch13oshkosh.com**

Trustee Issued Date: August 25, 2022

#####