So Ordered.

Dated: September 1, 2022



Beth E. Hanan
United States Bankruptcy Judge

U S BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: TIMOTHY G VANDREEL
1301 ALICE DR APT B
GREEN BAY, WI  54304

CHAPTER 13

Case No. 22-23748-BEH

*AMENDED PAYROLL ORDER*

### *AMENDED ORDER FOR PAYROLL DEDUCTIONS*

To, **AMERICAN FAMILY CONNECT**, the employer of the above debtor(s):

The above named debtor proposed a plan to pay debts out of future earnings.  By this plan the debtor's earnings are subject to the supervision and control of the Bankruptcy Court.  Now, Therefore,

IT IS ORDERED THAT:

1. You, **AMERICAN FAMILY CONNECT**, shall deduct from the earnings of said debtor [including vacation pay] according to the following schedule. **Please adhere to any existing payroll order until the start date listed below.**

| Due Date | *Amount* | **Frequency** |
|---|---|---|
| 09/23/2022 | $369.24 | BI-WEEKLY |

beginning on the next payday and continuing until further notice.  You shall immediately pay to the Chapter 13 Trustee the sums so deducted.  INCLUDE THE **DEBTOR'S NAME** AND **CHAPTER 13 CASE NUMBER** WITH EACH REMITTANCE, AND MAIL TO:

**CHAPTER 13 TRUSTEE
P.O. BOX 1102
MEMPHIS, TN 38101-1102**

**or to pay online rather than mailing checks go to http://tfsbillpay.com/employer**

Wage deductions may be remitted to the Trustee electronically or by online payment through Nationwide TFS .  Nationwide TFS is a private company that is not affiliated in any way with the Trustee .  The Trustee does not share any fees paid to Nationwide TFS.  For more information, please visit: http://tfsbillpay.com/employer

2. All earnings and wages of the debtor, except amounts required to be withheld pursuant to provisions of law, insurance, retirement plan, union dues, current child support, or by the Order of this Court, shall be paid to the debtor in accordance with your usual procedure.  No other deduction shall be made by you.

    3. This Order supersedes any previous Order for payment in this case.

Debtor(s) Employer:
\*\*AMERICAN FAMILY CONNECT\*\*
3500 PACKERLAND DR
DEPERE, WI 54115
Attn: Payroll Department

Debtor(s) Attorney:
LAW OFFICES OF JOHN A FOSCATO SC
110 PACKERLAND DR STE D
P O BOX 11062
GREEN BAY, WI 54307

> **Rebecca R. Garcia**
> **Chapter 13 Standing Trustee**
> **CHAPTER 13 TRUSTEE**
> **P O BOX 3170**
> **OSHKOSH, WI 54903-3170**
> **Telephone: (920) 231-2150**
> **Email: info@ch13oshkosh.com**

Trustee Issued Date: September 01, 2022

    #####