United States Bankruptcy Court
Eastern District of Wisconsin

In re:                                                                 Case No. 22-23748-beh  
Timothy G VanDreel                                     Chapter 13  
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0757-2                            User: adkt                                                          Page 1 of 1  
Date Rcvd: Sep 02, 2022                   Form ID: pdf5                                       Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Timothy G VanDreel, 1301 Alice Dr. Apt. B, Green Bay, WI 54304-4287 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2022                                Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John A. Foscato | on behalf of Debtor Timothy G VanDreel attyjaf@new.rr.com foscatojr68977@notify.bestcase.com |
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |
| Rebecca R. Garcia | filings@ch13oshkosh.com |

TOTAL: 3

So Ordered.

Dated: September 1, 2022



_____
Beth E. Hanan
United States Bankruptcy Judge

U S BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In re: | TIMOTHY G VANDREEL | CHAPTER 13 |
| --- | --- | --- |
| | 1301 ALICE DR APT B | |
| | GREEN BAY, WI  54304 | Case No. 22-23748-BEH |
| | | *AMENDED PAYROLL ORDER* |

### *AMENDED ORDER FOR PAYROLL DEDUCTIONS*

To, **AMERICAN FAMILY CONNECT**, the employer of the above debtor(s):

The above named debtor proposed a plan to pay debts out of future earnings.  By this plan the debtor's earnings are subject to the supervision and control of the Bankruptcy Court.  Now, Therefore,

IT IS ORDERED THAT:

1. You, **AMERICAN FAMILY CONNECT** , shall deduct from the earnings of said debtor [including vacation pay] according to the following schedule. **Please adhere to any existing payroll order until the start date listed below.**

| Due Date | *Amount* | **Frequency** |
| --- | --- | --- |
| 09/23/2022 | $369.24 | BI-WEEKLY |

beginning on the next payday and continuing until further notice.  You shall immediately pay to the Chapter 13 Trustee the sums so deducted.  INCLUDE THE **DEBTOR'S NAME** AND **CHAPTER 13 CASE NUMBER** WITH EACH REMITTANCE, AND MAIL TO:

**CHAPTER 13 TRUSTEE**
**P.O. BOX 1102**
**MEMPHIS, TN 38101-1102**

**or to pay online rather than mailing checks go to http://tfsbillpay.com/employer**

Wage deductions may be remitted to the Trustee electronically or by online payment through Nationwide TFS . Nationwide TFS is a private company that is not affiliated in any way with the Trustee .  The Trustee does not share any fees paid to Nationwide TFS.  For more information, please visit: http://tfsbillpay.com/employer

2. All earnings and wages of the debtor, except amounts required to be withheld pursuant to provisions of law, insurance, retirement plan, union dues, current child support, or by the Order of this Court, shall be paid to the debtor in accordance with your usual procedure.  No other deduction shall be made by you.

3. This Order supersedes any previous Order for payment in this case.

Debtor(s) Employer:
\*\*AMERICAN FAMILY CONNECT\*\*
3500 PACKERLAND DR
DEPERE, WI 54115
Attn: Payroll Department

Debtor(s) Attorney:
LAW OFFICES OF JOHN A FOSCATO SC
110 PACKERLAND DR STE D
P O BOX 11062
GREEN BAY, WI 54307

> **Rebecca R. Garcia**
> **Chapter 13 Standing Trustee**
> **CHAPTER 13 TRUSTEE**
> **P O BOX 3170**
> **OSHKOSH, WI 54903-3170**
> **Telephone: (920) 231-2150**
> **Email: info@ch13oshkosh.com**

Trustee Issued Date: September 01, 2022

#####