In re:  
Timothy G VanDreel  
    Debtor

Case No. 22-23748-beh  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0757-2      User: adkt      Page 1 of 3  
Date Rcvd: Sep 15, 2022      Form ID: pdfhrg      Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Timothy G VanDreel, 1301 Alice Dr. Apt. B, Green Bay, WI 54304-4287 |
| 11805061 | + | Alliance Capital, 7760 France Ave. S Ste. 1100, Minneapolis, MN 55435-5930 |
| 11805062 | + | Antigo Veterinary Clinic, 610 Amron Ave., Antigo, WI 54409-2977 |
| 11805067 | + | Bruck Law Offices S.C., 322 E. Michigan St. 6th Floor, Milwaukee, WI 53202-5012 |
| 11805074 | + | CNAC / Automax Financial, PO Box 56, Elm Grove, WI 53122-0056 |
| 11805069 | + | Cash Advance Now, PO Box 569, Hays, MT 59527-0569 |
| 11805071 |   | Certified Recovery, PO Box 710, Sharon, MA 02067 |
| 11810055 | + | Check N Go, PO Box 36124, Cincinati, OH 45236-0124 |
| 11805075 | + | Consumer Cellular, PO Box 7175, Pasadena, CA 91109-7175 |
| 11805081 | + | Emergency Physicians, Baycare Health Systems, PO Box 28900, Green Bay, WI 54324-0900 |
| 11815047 | + | FINANCE, LLC DBA ADVANCE FINANCIAL 24/7, 322 E. Michigan St., Sixth Floor, Milwaukee, WI 53202-5087 |
| 11805084 | + | Integracredit, 200 W. Jackson Blvd. Ste. 500, Chicago, IL 60606-6949 |
| 11805087 | + | King of Kash, 8304 Wornall Rd., Kansas City, MO 64114-5810 |
| 11815046 | + | Merrick Ramos, 322 E. Michigan St., Sixth Floor, Milwaukee, WI 53202-5087 |
| 11805099 | + | Susan Schuelke, PO Box 259, Dale, WI 54931-0259 |
| 11805101 | + | Vice President Eric Dewey, CNAC, 12802 Hamilton Crossing Blvd., Carmel, IN 46032-5424 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2022 23:26:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 11805070 |   | Email/Text: bknotifications@cashfactoryusa.com | Sep 15 2022 23:17:00 | Cash Factory USA, 101 Convention Center Dr. #700, Las Vegas, NV 89109 |
| 11805060 | + | Email/Text: bankruptcy@af247.com | Sep 15 2022 23:19:00 | Achilles Finance, LLC, dba Advance Financial, 100 Oceanside Dr., Nashville, TN 37204-2351 |
| 11805063 | + | Email/Text: bnc-applied@quantum3group.com | Sep 15 2022 23:18:00 | Applied Bank, 2200 Concord Pike Ste. 102, Wilmington, DE 19803-2909 |
| 11805064 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 15 2022 23:18:00 | Aspire, PO Box 105555, Atlanta, GA 30348-5555 |
| 11805065 | ^ | MEBN | Sep 15 2022 23:18:38 | Aurora Healthcare, PO Box 809418, Chicago, IL 60680-9418 |
| 11805077 |   | Email/Text: bankruptcy@covantagecu.org | Sep 15 2022 23:17:00 | CoVantage Credit Union, 723 Sixth Ave., Antigo, WI 54409 |
| 11805068 | ^ | MEBN | Sep 15 2022 23:16:45 | Capital Bank, One Church St., Rockville, MD 20850-4190 |
| 11805072 | + | Email/Text: dl-csgbankruptcy@charter.com | | |

| Recip ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 15 2022 23:19:00 | Charter Communications, PO Box 4639, Carol Stream, IL 60197-4639 |
| 11805073 | + | Email/Text: bankruptcy@axcess-financial.com | Sep 15 2022 23:18:00 | Check N Go, 7755 Montgomery Rd. Ste. 400, Cincinnati, OH 45236-4197 |
| 11814327 | | Email/Text: bankruptcy@covantagecu.org | Sep 15 2022 23:17:00 | CoVantage Credit Union, PO Box 107, Antigo, WI 54409-0107 |
| 11805076 | + | Email/Text: bankruptcy@cottonwoodfinancial.com | Sep 15 2022 23:18:00 | Cottonwood Financial Wisconsin LLC, dba The Cash Store, 1901 Gateway Dr. #200, Irving, TX 75038-2425 |
| 11805078 | ^ | MEBN | Sep 15 2022 23:18:30 | Credit Ninja, 27 N. Wacker Dr. Ste. 404, Chicago, IL 60606-2800 |
| 11805079 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 15 2022 23:26:18 | Credit One Bank, PO BOx 98873, Las Vegas, NV 89193-8873 |
| 11805080 | + | Email/Text: G06041@att.com | Sep 15 2022 23:18:00 | Direct TV, PO Box 105503, Atlanta, GA 30348-5503 |
| 11807093 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 15 2022 23:26:19 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 11805082 | + | Email/Text: bankruptcynotification@ftr.com | Sep 15 2022 23:19:00 | Frontier Communications, PO Box 740407, Cincinnati, OH 45274-0407 |
| 11805083 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 15 2022 23:19:00 | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 11805085 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 15 2022 23:18:00 | Internal Revenue Service, United States Treasury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 11805086 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 15 2022 23:18:00 | Jefferson Capital Systems, 16 Mcleland Rd., Saint Cloud, MN 56303 |
| 11805088 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2022 23:26:12 | LVNV Funding LLC, PO Box 10584, Greenville, SC 29603-0584 |
| 11806725 | + | Email/Text: legal@liftcredit.com | Sep 15 2022 23:18:00 | Lift Credit, LLC, 3214 N University Ave #601, Provo, Utah 84604-4405 |
| 11805089 | + | Email/Text: cc-bklitigation@messerlikramer.com | Sep 15 2022 23:18:00 | Midland Funding LLC, c/o Messerli & Kramer PA, 3033 Campus Dr. Ste. 250, Minneapolis, MN 55441-2662 |
| 11805090 | + | Email/Text: bankruptcy@moneykey.com | Sep 15 2022 23:18:00 | Money Key, 1000 N. West St. Ste. 1200, Wilmington, DE 19801-1058 |
| 11805091 | + | Email/Text: netcreditbnc@enova.com | Sep 15 2022 23:19:43 | Net Credit, 175 W. Jackson Blvd. Ste. 1000, Chicago 60604-2863 |
| 11807239 | + | Email/Text: netcreditbnc@enova.com | Sep 15 2022 23:19:43 | NetCredit, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 11805092 | + | Email/Text: opportunitynotices@gmail.com | Sep 15 2022 23:18:00 | Opportunity Financial, 130 E Randolph St., Ste. 3400, Chicago, IL 60601-6379 |
| 11805870 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 15 2022 23:26:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 11805093 | + | Email/Text: bankruptcypgl@plaingreenloans.com | Sep 15 2022 23:18:00 | Plain Green Loans, PO Box 270, Box Elder, MT 59521-0270 |
| 11805094 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 15 2022 23:18:00 | Progressive Insurance, 6300 Wilson Mills Rd., Cleveland, OH 44143-2182 |
| 11805096 | | Email/Text: paul@rsvploans.com | Sep 15 2022 23:18:00 | RSVP Loans, 15271 Barranca Pkwy, Irvine, CA 92618 |
| 11805095 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2022 23:26:12 | Resurgent Capital Services, PO Box 10466, Greenville, SC 29603-0466 |
| 11805097 | + | Email/Text: Bankruptcy.Noticing@Security-Finance.com | | |

| Recip ID | | Bypass Reason / Email Address | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Sep 15 2022 23:18:00 | Security Finance, 2685 W. Mason St. Ste. A, Green Bay, WI 54303-4901 |
| 11805098 | + | Email/Text: bankruptcy@speedyinc.com | Sep 15 2022 23:18:00 | Speedy Cash, PO Box 780408, Wichita, KS 67278-0408 |
| 11805100 | + | Email/Text: bncmail@w-legal.com | Sep 15 2022 23:18:00 | TD Bank USA / Target Credit, PO Box 1470, NCD-0450, Minneapolis, MN 55440-1470 |
| 11810163 | + | Email/Text: louis@tributecap.com | Sep 15 2022 23:18:00 | Tribute Capital Partners LLC, P.O. Box 167762, Irving, TX 75016-7762 |
| 11805102 | | Email/Text: christopher.murphy1@wecenergygroup.com | Sep 15 2022 23:18:00 | Wisconsin Public Service, PO Box 19003, Green Bay, WI 54307-9003 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 11805066 | ##+ | Automax Financial, 2371 W. Forest Home Ave., Milwaukee, WI 53215-2524 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 17, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| John A. Foscato | on behalf of Debtor Timothy G VanDreel attyjaf@new.rr.com foscatojr68977@notify.bestcase.com |
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |
| Rebecca R. Garcia | filings@ch13oshkosh.com |

TOTAL: 3

So Ordered.

Dated: September 14, 2022



Beth E. Hanan
United States Bankruptcy Judge


UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In Re: Timothy VanDreel,

      Debtor(s).

Case No. 22-23748

Chapter 13

---

### ORDER CONTINUING AUTOMATIC STAY

---

    The Debtor filed a Motion to extend the automatic stay under 11 U.S.C. Sec. 362(c)(3)(B). Notice of the Motion was provided to all creditors, and objecting creditors were given the opportunity to have a hearing. No objections were filed, and the Debtor has filed an Affidavit showing changed circumstances since her prior bankruptcy case.

    IT IS THEREFORE ORDERED: the Debtor's Motion is granted and te automatic stay will remain in effect as to all creditors, without prejudice to the rights of creditors to seek relief from the automatic stay.


ADDRESS:
110 Packerland Dr. Ste. D
PO Box 11062
Green Bay, WI 54307
Phone(920)432-8801
Fax (920)432-8859

                                                ####