Certificate Number: 18254-WIE-DE-036964601

Bankruptcy Case Number: 22-23748



18254-WIE-DE-036964601

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on November 8, 2022, at 8:18 o'clock PM CST, Timothy G VanDreel completed a course on personal financial management given by internet by Rebecca R. Garcia, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Wisconsin.

Date:  November 9, 2022        By:   /s/Consuelo V Gerhardt

                                Name: Consuelo V Gerhardt

                                Title: Financial Planner