B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Wisconsin

In re Timothy G Vandreel , Case No. 22-23748

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Jefferson Capital Systems LLC | Tribute Capital Partners, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Jefferson Capital Systems, LLC
  PO Box 7999
  St. Cloud , MN 56302-9617
Phone: 888-836-6853
Last Four Digits of Acct #: 5905

Court Claim # (if known): 7
Amount of Claim: 2164.33
Date Claim Filed: 09/01/2022

Phone: 214-526-1110
Last Four Digits of Acct. #: 5905

Name and Address where transferee payments should be sent (if different from above):
  Jefferson Capital Systems, LLC
  PO Box 772813
  Chicago , IL 60677-2813
Phone: 888-836-6853
Last Four Digits of Acct #: 5905

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Rhonda Pratt (Bankruptcy Specialist)  Date: 12/2/2022
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT E
## LIMITED POWER OF ATTORNEY

1. <u>Designation</u>. Tribute Capital Partners, LLC, a Delaware limited liability company with its principal place of business at 300 Decker Drive, Suite 225, Irving, TX 75062 (the "Principal"), hereby designates Jefferson Capital Systems, LLC, a Georgia limited liability company with its principal place of business at 16 McLeland Road, St. Cloud, MN 56303 as attorney-in-fact for the Principal for the Accounts listed in the attached <u>Schedule 1</u> for the limited purposes and subject to the terms and duration herein set forth.

2. <u>Effective Date</u>. This limited power of attorney shall become effective upon execution by the Principal, to remain effective for the limited purposes set forth below until terminated by the Principal or the duration of said limited power of attorney expires.

3. <u>Effectiveness: Duration</u>. This power of attorney shall continue until revoked or terminated in accordance with Paragraph 5.

4. <u>Powers</u>. The attorney-in-fact shall have the power to act in the place and stead of the Principal, solely for the purpose of effecting the transfer of the Accounts sold by the Principal, as Seller, to Jefferson Capital Systems, LLC, as Buyer pursuant to the Purchase and Sale Agreement dated June 30, 2022. Such powers of the attorney-in-fact shall include the power and authority to do the following:

    Sign, endorse, seal, execute, negotiate, deliver and acknowledge all written instruments and do and perform each and every act and thing whatsoever which may be necessary and proper to be done in or about the exercise of the power and authority hereinabove granted to the attorney-in-fact as fully to all intents and purposes as the Principal might or could do if personally present through a designated representative.

5. <u>Termination</u>. This power of attorney shall be terminated by the Principal by written notice to the attorney-in-fact and by recording the written instrument of revocation in the office of the recorder or auditor of the county of the place where the Principal maintains its registered office.

6. <u>Accounting</u>. Upon request of the Principal, the attorney-in-fact shall account for all actions taken by the attorney-in-fact for or on behalf of the Principal.

7. <u>Reliance</u>. The attorney-in-fact and all persons dealing with the attorney-in-fact shall be entitled to rely upon this power of attorney so long as neither the attorney-in-fact, nor any person with whom the attorney-in-fact was dealing at the time of any act taken pursuant to this power of attorney, had received actual knowledge or written notice of the termination of the limited power of attorney by revocation or otherwise. Any action so taken unless otherwise invalid or unenforceable, shall be binding on the Principal and any assigns or transferee of the Principal.

DATED this 30th day of June, 2022

| Tribute Capital Partners, LLC | ACCEPTED by Attorney-in-Fact: |
| --- | --- |
| | JEFFERSON CAPITAL SYSTEMS, LLC |
| /s/ | By: /s/ David Burton |
| Name: LOUIS BARNA | Name: David M. Burton |
| Title: MANAGING MEMBER | Its: President |

DocuSign Envelope ID: ABAE5C7E-2B16-4E9F-87EA-6E431EDB57FD

STATE OF Texas )
) ss.
COUNTY OF Dallas )

On this 30th day of June, 2022, before me, the undersigned, a Notary Public in and for the State of Texas, duly commissioned and sworn, personally appeared Louis Barra to me known to be the Managing Member of Tribute Capital Partners, LLC, the limited liability company that executed the foregoing instrument, and acknowledged the said instrument to be the free and voluntary act and deed of said company, for the uses and purposes therein mentioned.

Witness my hand and official seal hereto affixed the day and year first above written.

_____
Notary Public in and for the State of Texas
My commission expires: 10-14-2022

SHELLY ALEXIS SWENDIG
My Notary ID # 128415703
Expires October 14, 2022