IN THE UNITED STATES BANKRUPTCY COURT FOR
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| In re | In Chapter 13 Proceeding |
|---|---|
| Timothy G VanDreel | Case No. 22-23748 |
| Debtors. | |

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on August 25, 2022, DOCKET NUMBER 9.

Dated: This 21st day of September, 2023

By: /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## Certificate of Service

   I hereby certify that a copy of the foregoing was served electronically to the following parties:

**John A. Foscato**
Attorney

**Rebecca R. Garcia**
Chapter 13 Trustee

   Dated: This 21st day of September, 2023

                     By: /s/Valerie Smith

                       Valerie Smith
                       PRA Receivables Management, LLC
                       PO Box 41021
                       Norfolk, VA 23541
                       TEL: (877) 885-5919
                       FAX: (757) 351-3257