UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: TIMOTHY G VANDREEL  Case No. 22-23748-BEH

Chapter 13

Debtor

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF COMPLETION
OF PAYMENTS TO THE TRUSTEE**

The Trustee certifies that the Trustee has received all payments due to the Trustee under the plan in this case.

This certificate does not ensure that the court will grant a discharge and close the case, as additional requirements apply. Debtors should consult with their bankruptcy attorney for assistance.

No notice of final cure under Rule 3002.1(f) will be sent in this case because there is no claim holder that is required to receive such a notice.

Respectfully submitted this 23rd day of August 2025.

/s/_____
Rebecca R. Garcia
Chapter 13 Trustee
PO Box Box 3170
Oshkosh, WI  54903
(920) 231-2150

c: LAW OFFICES OF JOHN A FOSCATO SC (via CM/ECF only)
TIMOTHY G VANDREEL