UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

TIMOTHY G VANDREEL

Debtor(s)

Case No. 22-23748-BEH

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Rebecca R. Garcia, chapter 13 trustee, submits the following Final Report and Account of administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/24/2022.

2) The plan was confirmed on 11/17/2022.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan NA.

5) The case was completed on 08/15/2025.

6) Number of months from filing or conversion to last payment: 36.

7) Number of months case was pending: 42.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,877.64.

10) Amount of unsecured claims discharged without full payment: $16,523.80.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $30,237.09 |
| Less amount refunded to debtor | $745.25 |

**NET RECEIPTS:** $29,491.84

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,313.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,363.65 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,676.65

Attorney fees paid and disclosed by debtor: $1,187.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 2233 PARADISE RD LLC DBA CASH F | Unsecured | 897.12 | 502.97 | 502.97 | 416.05 | 0.00 |
| ACHILLES FINANCE LLC | Unsecured | 2,785.68 | NA | NA | 0.00 | 0.00 |
| Antigo Veterinary Clinic | Unsecured | 269.26 | NA | NA | 0.00 | 0.00 |
| Aspire | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| AURORA HEALTH CARE | Unsecured | 355.00 | 3,294.80 | 3,294.80 | 2,725.39 | 0.00 |
| Capital Bank | Unsecured | 23.27 | NA | NA | 0.00 | 0.00 |
| Cash Advance Now | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Certified Recovery | Unsecured | 227.26 | NA | NA | 0.00 | 0.00 |
| Charter Communications | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 678.91 | 789.27 | 789.27 | 652.87 | 0.00 |
| Consumer Cellular | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| Cottonwood Financial Wisconsin LLC | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| COVANTAGE CREDIT UNION | Unsecured | 411.15 | 241.62 | 241.62 | 199.86 | 0.00 |
| Credit Ninja | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV LLC | Unsecured | 128.11 | 128.93 | 128.93 | 106.65 | 0.00 |
| Emergency Physicians | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| FINANCE LLC DBA ADVANCE FINAN | Unsecured | NA | 1,901.30 | 1,901.30 | 1,572.72 | 0.00 |
| Frontier Communications | Unsecured | 28.45 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | OTHER | NA | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 948.80 | 594.03 | 594.03 | 594.03 | 0.00 |
| INTERNAL REVENUE SERVICE | | NA | 39.06 | 39.06 | 32.31 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Secured | 2,000.00 | 2,164.33 | 2,164.33 | 2,164.33 | 293.63 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 218.50 | 218.50 | 218.50 | 180.74 | 0.00 |
| King of Kash | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| LIFT CREDIT | Unsecured | NA | 229.70 | 229.70 | 190.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,017.25 | 570.33 | 570.33 | 471.77 | 0.00 |
| Midland Funding LLC | Unsecured | 404.38 | NA | NA | 0.00 | 0.00 |
| NETCREDIT | Unsecured | 1,200.00 | 1,567.42 | 1,567.42 | 1,296.54 | 0.00 |
| OPPORTUNITY FINANCIAL LLC | Unsecured | 2,010.00 | 1,407.37 | 1,407.37 | 1,164.15 | 0.00 |
| Plain Green Loans | Unsecured | 1,801.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| PORTFOLIO RECOVERY ASSOCIATE | Unsecured | NA | 362.69 | 362.69 | 300.01 | 0.00 |
| Progressive Insurance | Unsecured | 115.05 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 600.00 | 338.19 | 338.19 | 279.74 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 351.56 | 351.56 | 290.80 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 300.00 | 385.28 | 385.28 | 318.70 | 0.00 |
| RESURGENT RECEIVABLES LLC | Unsecured | 496.00 | 578.65 | 578.65 | 478.65 | 0.00 |
| SCOLOPAX LLC | Unsecured | 1,000.00 | 3,354.92 | 3,354.92 | 2,775.12 | 0.00 |
| SCOLOPAX LLC | Unsecured | 865.16 | 485.06 | 485.06 | 401.23 | 0.00 |
| SCOLOPAX LLC | Unsecured | 3,000.00 | 4,201.57 | 4,201.57 | 3,475.45 | 0.00 |
| SCOLOPAX LLC | Unsecured | NA | 2,770.21 | 2,770.21 | 2,291.46 | 0.00 |
| Security Finance | Unsecured | 523.19 | NA | NA | 0.00 | 0.00 |
| SPEEDY/RAPID CASH | Unsecured | 531.54 | 369.27 | 369.27 | 305.45 | 0.00 |
| Susan Schuelke | Unsecured | 268.58 | NA | NA | 0.00 | 0.00 |
| TD Bank USA / Target Credit | Unsecured | 358.68 | NA | NA | 0.00 | 0.00 |
| WISCONSIN DEPT OF REVENUE | OTHER | NA | NA | NA | 0.00 | 0.00 |
| WISCONSIN PUBLIC SERVICE CORP | Unsecured | 307.65 | 1,012.53 | 1,012.53 | 837.54 | 0.00 |

### Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,164.33 | $2,164.33 | $293.63 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,164.33** | **$2,164.33** | **$293.63** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $594.03 | $594.03 | $0.00 |
| **TOTAL PRIORITY:** | **$594.03** | **$594.03** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$25,101.20** | **$20,763.20** | **$0.00** |

### Disbursements:

| | |
|---|---:|
| Expenses of Administration | $5,676.65 |
| Disbursements to Creditors | $23,815.19 |
| **TOTAL DISBURSEMENTS:** | **$29,491.84** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/15/2026

By: /s/ Rebecca R. Garcia
      Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**